| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2821<br>Facsimile:  (916) 554-2900 |
| 5 | edward.olsen@usdoj.gov |
| 6 | Attorneys for the United States Postal Service |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL CALLENDER III,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE;<br>NATIONAL ASSOCIATION OF LETTER<br>CARRIERS, BRANCH 133,<br><br>  Defendants. | CASE NO.  2:18-CV-00025-JAM-CKD (PS)<br><br>**STIPULATION TO SUBSTITUTE THE POSTMASTER GENERAL IN PLACE OF THE UNITED STATES POSTAL SERVICE; AND ORDER** |

Plaintiff Cecil Callender III, and the United States Postal Service, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

(1)   The Postmaster General, Megan Brennan, is substituted in for the United States Postal Service.

(2)   The United States Postal Service hereby withdraws its pending motion to dismiss (Docket No. 10).

(3)   The Postmaster General shall have thirty days to file a responsive pleading to the complaint from the date the Court signs this proposed order.

1

Respectfully submitted,

Dated: March 27, 2018                McGREGOR W. SCOTT
                                     United States Attorney

                          By:        /s/ Edward A. Olsen
                                     EDWARD A. OLSEN
                                     Assistant United States Attorney


Dated: March 24, 2018                /s/ Cecil Callender III
                                     CECIL CALLENDER III
                                     Plaintiff


**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Additionally, as the pending motion to dismiss (ECF No. 10) is hereby withdrawn, the motion hearing set for May 16, 2018 is vacated.

IT IS SO ORDERED.

Dated: April 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE