| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL CALLENDER, III,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | No. 2:18-cv-00025-JAM-CKD (PS)<br><br><br><br>ORDER |

Presently pending before the court is defendant National Association of Letter Carriers 133's motion to dismiss, which is currently set for hearing before the undersigned on July 11, 2018 at 10:00 a.m. (ECF No. 19.) Plaintiff, who proceeds pro se, has not yet filed any opposition.

According to Local Rule 230, "[o]pposition, if any, to the granting of [a] motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date." E.D. Cal. L.R. 230(c). Therefore, plaintiff was to provide any opposition to the pending motion by June 27, 2018. That deadline has passed without action by plaintiff. However, in light of plaintiff's pro se status, the court will postpone the hearing on this motion and grant plaintiff an extension to file an opposition or statement of non-opposition.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendant National Association of Letter Carriers 133's motion to dismiss (ECF No. 19) set for July 11, 2018 is VACATED and RESET for August 1, 2018 at 10:00 a.m. in Courtroom 24 before the undersigned.

2. Plaintiff shall file any opposition, or statement of non-opposition, by July 18, 2018. Plaintiff is cautioned that failure to file an opposition will result in a recommendation that this matter be dismissed.

Dated: July 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/18-25.Callender v. USPS.reset hearing

2